

NUMBER 13-09-00538-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

HILB, ROGAL & HOBBS OF
CORPUS CHRISTI, INC.
D/B/A HRH OF CORPUS CHRISTI;
HILB, ROGAL & HOBBS OF TEXAS, L.P.;
AND HILB, ROGAL & HOBBS COMPANY,                      Appellants,

v.

SAFECO INSURANCE COMPANY
OF AMERICA ,                                          Appellee.

On Appeal from the 214th District Court
of Nueces County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez, Justices Yañez and Vela
Memorandum Opinion Per Curiam**

Appellants, Hilb, Rogal & Hobbs of Corpus Christi, Inc., d/b/a HRH of Corpus Christi; Hilb, Rogal & Hobbs of Texas, L.P.; and Hilb, Rogal & Hobbs Company, perfected an appeal from a judgment entered by the 214th District Court of Nueces County, Texas, in cause number 06-6065-F. Appellants have filed a motion to dismiss the appeal with prejudice on grounds that the parties have reached settlement. Appellants request that this Court dismiss the appeal.

The Court, having considered the documents on file and appellants' motion to dismiss the appeal with prejudice, is of the opinion that the motion should be granted. *See* Tex. R. App. P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED with prejudice. Costs will be taxed against appellants. *See* Tex. R. App. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed
the 25th day of February, 2010.

2